Commonwealth v. Terry Melvin Dalton
Page 1 of 3

**VIRGINIA:**          **IN THE CIRCUIT COURT OF WASHINGTON COUNTY**

FIPS Code:          191C
Hearing Date:       August 11, 2017
Judge:              C. Randall Lowe

**COMMONWEALTH OF VIRGINIA**

|  |  |
|---|---|
| v. | SSN: XXX-XX-2143 |
|  | DOB: ███/1981 |
| **TERRY MELVIN DALTON, DEFENDANT** | Sex: Male |

### CONVICTION AND SENTENCING ORDER

| Case No. | Offense Description & Indicator | Offense Date | VA Code Section | VA Crime Code |
|---|---|---|---|---|
| **17-747** | **Possession of Schedule II (F)** | 07/21/17 | §18.2-250 | NAR3022F5 |

Attorney for the Commonwealth: Marianne Woolf
Attorney for the Defendant: Heather Howard (A)
Court Reporter: Lisa Webb

The ***DEFENDANT:***   [ X ] was present          [ X ] was represented by counsel
                       [   ] was not present       [   ] was not represented by counsel

**WAIVER OF INDICTMENT:**
The defendant, being advised of the nature of the charge(s) against him/her and of his/her right to have this charge(s) presented to the Grand Jury of this County, executed a waiver of prosecution by indictment or presentment and consented to proceeding by warrant or information. The waiver was executed by the defendant and witnessed by his/her said counsel in open court before the Judge of this Court, and was filed as part of the record in this case.

**PLEA OF DEFENDANT:**   [ X ] Guilty          [   ] Nole Conteste
                          [   ] Not Guilty       [   ] Alford Plea

The plea(s) was/were voluntarily and freely entered.

Following the avowal of the evidence by the Commonwealth and the stipulation to such by the defendant, the Court found the evidence sufficient to support a finding of guilt.

Pursuant to the provisions of Code §19.2-298.01, the Court has considered and reviewed the applicable discretionary sentencing guidelines and the guidelines worksheets. The sentencing guideline worksheets and the written explanation of any departure from the guidelines are ordered filed as a part of the record in this case.

Before pronouncing the sentence, the defendant was asked if he/she desired to make any statement or advance any reason as to why the Court should not pronounce judgment in this case.

Whereupon, based on foregoing, the evidence presented/stipulated and the written plea agreement, the Court pronounced judgment as indicated below:

*To Verify The Digital Signature, visit https://eisweb.courts.state.va.us/CavAct/main (Document ID:191-886)*

Commonwealth v. Terry Melvin Dalton
Page 2 of 3

## *SENTENCE(S):*

**Case No.** _____17-747_____

[ X ] **GUILTY**

[ X ] **Penitentiary:** __5__ Years _____Months

[ X ] $_____ fine and $ 675.00 _____ costs of this proceeding.

[ X ] **Suspended Sentence:** ___Unserved Portion___

This sentence shall run consecutive to any other sentence the defendant may be serving.

All suspensions or deferrals are conditioned upon defendant's general good behavior and, in the case of supervised probation, upon compliance with all terms and conditions of probation as adopted by this court. Probation shall include substance abuse counseling and/or testing as prescribed by the Probation Officer.

[ X ] **PROBATION** [ X ] Supervised _2_ Years   Commencing ___Upon release_____

[ X ] Defendant ordered to complete any substance abuse screening, sex offender assessment, testing and treatment as directed by the Department of Corrections. The defendant shall be subject payment of any fees associated with substance abuse treatment, sex offender assessment and/or intervention and treatment.

[ X ] Defendant previously submitted a sample for DNA analysis on 06/14/2007.

[ X ] **Special Program**  As a special condition of probation, the defendant shall pick up trash and litter in a designated area of Washington County  as assigned by his/her Probation Officer and/or the Litter Control Officer.

[ X ] **Court-appointed fee:**   Court-appointed counsel shall receive a fee in an amount to be determined.

[ X ] Suspension of operator's license:   [ X ] Six (6) months per drug charge
[ X ] License surrendered:   [   ] YES   [ X ] NO
[   ] Restricted license can be issued by separate order.

[ X ] **Payment of Costs/Fine/Restitution:**
      [   ] Due within six (6) months of this date or within six (6) months of release from incarceration.
      [ X ] _$50.00_ due monthly commencing within 30 days of this date.
      [   ] Pursuant to plan to be established by Probation Officer and approved by this Court.

**The defendant is to submit to and cooperate with a substance abuse assessment. Further, the defendant is to enter into and successfully complete any education, counseling, and/or treatment to which the probation officer refers the defendant as a result of such assessment.**

**The defendant is to remain drug and alcohol-free during the period of probation and shall submit to such testing and education programs as deemed necessary by the Probation Officer to ensure the same.**

The defendant shall be given credit for time spent in confinement while awaiting trial pursuant to Virginia Code § 53.1-187.

The defendant was remanded to custody.

This matter is hereby stricken from the docket of this Court.

Commonwealth v. Terry Melvin Dalton
Page 3 of 3

**ENTER:**      this ___7th___ day of ___September___ 2017

_____, Judge

## SENTENCING SUMMARY:

Total Sentence Imposed: 5 years
Total Sentence Suspended: Unserved portion
Probation Period to Serve: 2 years

COPIES PROVIDED ON          BY S. BOTT TO
☑Com ☑RMS (Probation, SWVRJ, DOC, DMV)
☑Def Atty
☑Sent Commission
__Other: _____  9.8.17

(OCRA users retrieve orders via OCRA)