IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:l8CR00025 |
| ) | |
| TERRY MELVIN DALTON ) | |
| ) | |

**MOTION TO DISMISS SENTENCING ENHANCEMENT INFORMATION**

Comes now the United States, through counsel, and hereby moves to dismiss the previously filed Sentencing Enhancement Information (Doc. 220) as the defendant's prior conviction no longer qualifies as a "serious drug felony", pursuant to 21 U.S.C. §§ 802(57) and 841(b)(1)(A).

THOMAS T. CULLEN
United States Attorney

/s/ Zachary T. Lee
Zachary T. Lee
VSB No: 47087
Assistant United States Attorney
United States Attorney's Office
180 W Main Street, Suite B-19
Abingdon, Virginia 24210
(276) 628-4161
(276) 628-7399 (Fax)
USAVAW.ECFAbingdon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2019, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant.

/s/ Zachary T. Lee
Assistant United States Attorney