# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# Abingdon Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | Case No. 1:18cr00025 |
| SHAWN WAYNE FARRIS, et al., ) | **ORDER** |
| Defendants ) | |

The Indictment in this case charges 28 defendants. In order to effectively manage this case, the court orders that the charges against the defendants who have to date appeared before the court shall be severed to be tried separately. The charges against the following defendants shall be tried April 1-12, 2019:

SEAN MAIDLOW
ANDREA STICKEL
JAMES HOWINGTON
STEPHEN GRAHAM
CHRISTOPHER SMILEY
SALEEMAH ROBERSON
JOSHUA CHAPMAN
DONALD SNYDER
JAMES SEBASTIAN
LARRY BENNETT
TERRY DALTON
BRIANNA WOODBY
GARY McFARLANE
MATTHEW MULLINS

1

ANTHONY HARLESS
KIMBERLY DRAKE
JAMES JOHNSON
SUSAN PAYNE
BRADLEY WILLIAMS
DEVIN COLEMAN
DONALD HAWTHORNE

These defendants have moved to set their trials outside of the time limits required by the Speedy Trial Act. Upon consideration of these motions, the court finds that the ends of justice served by the granting of such continuances outweigh the best interest of the public and the defendants in a speedy trial.  The court makes this finding because a failure to grant such continuances would deny counsel for the defendants sufficient time for trial preparation, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv). Accordingly, it is **ORDERED** that these motions for continuance are granted. It is further **ORDERED** that the trial and Speedy Trial Act time for these defendants is continued until April 1-12, 2019.

The Clerk shall provide a copy of this Order to all counsel of record.

**ENTERED:** January 11, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE