IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

Abingdon Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:18CR00025-15 |
| | ) | |
| TERRY MELVIN DALTON | ) | |

### NOTICE OF DEFENDANT'S INTENT TO ENTER A GUILTY PLEA

COMES NOW, Terry Melvin Dalton, by counsel, and gives notice to the Court and the Government of his intent to enter a guilty plea to Count One, Count Seven and Count Eight of the indictment. Defense counsel asks the Court to schedule a plea hearing in the near future on a time and date convenient with the Court and all counsel.

Respectfully submitted,

TERRY MELVIN DALTON

By     s/ Robert C. Hagan, Jr.
Of Counsel

### CERTIFICATE OF SERVICE

The undersigned counsel for defendant certifies that a true copy of the foregoing Notice of Defendant's Intent to Enter a Guilty Plea was filed electronically with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record this 26th day of February 2019.

s/Robert C. Hagan, Jr.
Robert C. Hagan, Jr.