# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.: 1:18CR25-015**     **Date: 03/06/2019**

**Defendant: Terry Melvin Dalton, Custody**     **Counsel: Robert Hagan, Jr., Appointed**

PRESENT:
- JUDGE: James P. Jones
- Deputy Clerk: Allison Rust
- Court Reporter: Donna Prather, OCR
- U. S. Attorney: Cagle Juhan
- USPO: Sumer Taylor-Sargent
- Case Agent: None
- Interpreter: N/A

TIME IN COURT: 11:39 – 12:03p.m.
TOTAL: 24 minutes

**PROCEEDINGS:**

☒ Defendant proceeded to plead guilty without the benefit of a written Plea Agreement.
☒ Defendant re-arraigned as to Counts 1, 7 and 8 of the Indictment.
☒ Defendant placed under oath. Court questions defendant regarding his physical and mental condition, and advises defendant of his rights, and the nature and possible consequences of plea.
☒ Court accepts plea of guilty.
☒ Government summarizes evidence to support plea and rests.
☒ Court finds defendant guilty as charged in Counts 1, 7 and 8 of the Indictment.

**DEFENDANT PLEADS:**
(list counts)

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Counts 1, 7 and 8 of the Indictment | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

☒ Court orders Presentence Report.
☒ Defendant remanded to custody.
☒ Sentencing hearing scheduled for June 24, 2019 at 10:30 a.m. before Judge James P. Jones.