

RECEIVED

JUD Clerk's Office
Mail Room

Sharon Dalton <sharondalton57@gmail.com>

## (no subject)

**Sharon Dalton** <sharondalton57@gmail.com>  Thu, Apr 11, 2019 at 5:56 PM
Draft

Mrs. Dudley,

My name is Terry Dalton and I am being housed in southwest regional jail Abingdon VA. I write you in regards to needing a copy of my docket list for my case out of the western district of VA. my case number is 1:18CR00025 if you can please send me a copy of this I would appreciate it.

Thank you for your help

Sincerely,

Terry Dalton

RECEIVED
APR 15 2019
USDC Clerk's Office
Mail Room

Terry Rooter
PO Box 280
Meadowview, VA 24361

Julia C Dudley
Clerk, US Dist Court
210 Franklin Rd SW
Roanoke, VA 24011-2208

KNOXVILLE TN 377
12 APR 2019 PM 3 L



24011-220899

