CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUL - 8 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Susan
DEPUTY CLERK

United States District Court
Western District of Virginia

United States of America

v.     Case No: 1:18CR00025

Terry Melvin Dalton

## Motion to Dismiss And Appoint New Counsel

Comes Now Terry Melvin Dalton pro se, and moves this court to Dismiss my Attorney of record Robert C. Hagan And Appoint me new counsel. Attorney Hagen's breach of Trust and failure to adequately represent my best interest can be shown from facts supported by evidence in the record of this court and in my possession. This court should hear my claims, dismiss attorney Hagen and appoint another attorney to represent me to his fullest ability.

This 3rd day of July, 2019.

/s/ Terry Melvin Dalton

RECEIVED IN CHAMBERS

JUL 08 2019

Hon. Pamela Meade Sargent
U.S. Magistrate Judge

## Certificate of Service

I hereby certify that a true copy of the foregoing document was mailed to Zachary Lee, Assistant United States Attorney, this 3rd day of July, 2019.

*Jerry M. Dalton*

SWVRJA
P.O. Box 280
Meadowview, VA 24361