APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

 * Contains Sealed Proceedings *

UNITED STATES OF AMERICA

CASE NO.: 1:18CR25

v.

DATE: 7/15/19

TERRY MELVIN DALTON

TYPE OF HEARING: Pre-Trial Motion Hearing

****************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ
2. Robert Hagan, Defense Counsel
3. Terry Melvin Dalton, Dft.
4. 
5. 
6. 
7. 
8. 
9. 
10. 

****************************************************************************

Recorded by: Felicia Clark, FTR

Time in Court: 10:08 - 10:10
(Sealed) 10:11 - 10:55 a.m.

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 10:08 | 1 | 10:31 | 1,3 | | | | | | |
| ↓ | | 10:32 | 1,2 | | | | | | |
| 10:10 | 1,2,3 | ↓ | | | | | | | |
| *Sealed Proceeding Start* | | 10:35 | 1,2 | | | | | | |
| | | 10:37 | 1,2 | | | | | | |
| 10:11 | 1 | 10:38 | 1,3 | | | | | | |
| 10:12 | 1,3 | ↓ | | | | | | | |
| ↓ | | 10:41 | 1,3 | | | | | | |
| 10:17 | 1,2 | 10:44 | 1,2 | | | | | | |
| 10:20 | 1,3 | 10:46 | 1 | | | | | | |
| 10:21 | 1 | 10:52 | 1 | | | | | | |
| ↓ | | 10:53 | 1,3 | | | | | | |
| 10:25 | 1,3 | | | | | | | | |
| 10:27 | 1,3 | | | | | | | | |
| ↓ | | | | | | | | | |