# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO 1:18CR00025 |
| TERRY MELVIN DALTON, et al | ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, by counsel, and moves the Court for entry of an Order of Continuance of the Sentencing Hearing in the above-captioned matter, setting forth the following as and for his grounds:

1. Your undersigned counsel was appointed in substitution of the original counsel on July 16, 2019.

2. The Sentencing Hearing is scheduled for August 20, 2019, and your undersigned counsel needs more time to prepare.

3. A continuance of the same would not operate to create prejudice to the Government and the ends of justice will best be served by a continuance. Your undersigned counsel has consulted with the U.S. Attorney's Office and they do not oppose this continuance.

TERRY MELVIN DALTON
- BY COUNSEL -

/s/

**JEFFREY L. CAMPBELL**

**Virginia Bar Number: 45247
CAMPBELL LAW FIRM, P.C.
709 N. Main Street
Post Office Box 986
Marion, Virginia 24354
Telephone No.: (276) 783-8197
Facsimile No.: (276) 783-8198
E-mail: jeff@campbelllawfirmva.com**

## CERTIFICATE OF SERVICE

I, Jeffrey L. Campbell, Counsel for Defendant, Terry Melvin Dalton, do hereby certify that I electronically filed the Defendant's Motion to Continue Sentencing Hearing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Zachery Lee, Assistant United States Attorney for the Western District of Virginia, by electronic mailing to USAVAW.ECFAbingdon@usdoj.gov and to all other counsel of record, on this the 5TH day of August, 2019.

*/s/*

**JEFFREY L. CAMPBELL
Virginia Bar Number: 45247
CAMPBELL LAW FIRM, P.C.
709 N. Main Street
Post Office Box 986
Marion, Virginia 24354
Telephone No.: (276) 7783-8197
Facsimile No.: (276) 783-8198
E-mail: jeff@campbelllawfirmva.com**