## APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 1:18CR25

v.

DATE: 12/4/19

TERRY MELVIN DALTON

TYPE OF HEARING: MOTION HEARING

*****************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ
2. Zachary Lee
3. Jeff Campbell
4. Terry Dalton
5. 
6. 
7. 
8. 
9. 
10. 

*****************************************************************************

Recorded by: ELLA SURBER

Time in Court: 3:16 - 3:18

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 3:16 ↓ | 1,4,3 | | | | | | | | |