```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                           AT ABINGDON, VA
                                                                FILED

                                                            OCT - 9 2018
                    IN THE
            UNITED STATES DISTRICT COURT                JULIA C. DUDLEY, CLERK
                    FOR THE                            BY: /s/
            WESTERN DISTRICT OF VIRGINIA                    DEPUTY CLERK
```

UNITED STATES OF AMERICA          PETITION FOR WRIT OF HABEAS
                                  CORPUS AD PROSEQUENDUM
   v.

TERRY MELVIN DALTON               Case No.: 1:18MJ00141
DOB: xx-xx- 1981
SSN: xxx-xx- 2143

    Your petitioner, United States of America, by Zachary T. Lee, Assistant United States Attorney for the Western District of Virginia, respectfully shows:

    1. That the case is a prosecution upon an Criminal Complaint against the defendant for violation of Title 21, United States Code, Section 846.

    2. That the presence of the defendant before the United States District Court for the Western District of Virginia at Abingdon, Virginia, scheduled for an Pretrial Conference at 10:00 a.m., on October 31, 2018, is necessary and he is now in the custody of the Washington County Detention Center.

    WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated: 10/5/2018                              s/ Zachary T. Lee
                                              Assistant United States Attorney
**********************************************************************

TO:   Washington County Detention Center
       114 W. Jackson Blvd, P.O. Box 0097, Jonesborough, TN 37659
       Phone: 423-753-1701

**IN THE EVENT THE INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (276) 628-4161.**

GREETINGS:

    WE COMMAND YOU that you surrender the body of TERRY MELVIN DALTON, detained in the Washington County Detention Center, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, to the end that his body will be before the United States District Court for the Western District of Virginia, at Abingdon, Virginia, on the 31st day of October 2018, at 10:00 a.m., or at such other time or times as the District Court may direct.

ENTER: The ___6th___ day of October 2018.

                                                            /s/ Pamela Meade Sargent
                                                United States Magistrate Judge

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the Washington County Detention Center, and remove therefrom the body of TERRY MELVIN DALTON and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Abingdon, Virginia, on the 31st day of October 2018, at 10:00 a.m., or at such other time or times as the District Court may direct; and upon completion of the case, return the said TERRY MELVIN DALTON to the Washington County Detention Center.

JULIA C. DUDLEY, CLERK

BY: _C Surber_
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this __15 th__ day of __October__, 2018.

BY: _Jim Satterwhite ASDUSM_   by the SWVRJ
United States Marshal/Deputy

RETURNED:

EXECUTED this __17__ day of __January__, ~~2018~~ 2020.

BY: _Jim Satterwhite, ASDUSM_
United States Marshal/Deputy

SENTENCED STATE PRISONER:    Yes: _____    No: __X__